No. 63619.—Charles Hall, Inc., et al. v. United States, protests 201913–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are plated with gold, the claim of the plaintiffs was sustained.

No. 63620.—Baar & Beards, Inc., et al. v. United States, protests 276641–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk articles similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiffs was sustained.